# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Lee Edward Szymborski,<br><br>　　　　Plaintiff<br><br>v.<br><br>The State of Nevada, et al.,<br><br>　　　　Defendants | Case No.: 2:22-cv-01164-JAD-VCF<br><br>**Order Granting Unopposed Motion to Extend Time**<br><br>[ECF No. 17] |

　　　Plaintiff Lee Edward Szymborski moves for a 20-day extension of his briefing deadlines, explaining that he needs additional time to get to the Clark County Law Library because his "sole means of transportation" is not available over the holiday season.[1]  Good cause appearing, IT IS ORDERED that the motion **[ECF No. 17] is GRANTED**.  Szymborski's deadline to file:

- an opposition to Clark County's motion to dismiss [ECF 10] is extended to January 10, 2023;
- a reply in support of his motion for entry of clerk's default [ECF No. 13] is extended to January 13, 2023; and
- an opposition to the remaining defendants' motion to dismiss [ECF No. 16] is extended to January 17, 2023.

_____
U.S. District Judge Jennifer A. Dorsey
January 4, 2023

---

[1] ECF No. 17.  Clark County filed a notice of non-opposition to this request.  ECF No. 18.